**APPLICATION TO PROCEED IN FORMA PAUPERIS,
SUPPORTING DOCUMENTATION & ORDER**

| | |
|---|---|
| *United States District Court* | **DISTRICT** Columb[ia]    FILED    JAN 1 1 2008    NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| **CASE TITLE** Clifton v. United States Postal Inspection | **DOCKET NO.** 08 0052 ~~7.96-CR-62 (MSH)~~ <br> **MAGISTRATE CASE NO.** ~~02-3734~~ |

I, **MARK CLIFTON**, declare that I am the *(check appropriate box)*
(print your full name)

☒ petitioner/plaintiff    ☐ movant (filing 28 U.S.C. § 2255 motion)
☐ respondent/defendant    ☐ Petition For writ of Mandamus
                            *(other)*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

See motion

In further support of this application, I answer the following questions:

1. Are you presently employed?    ☐ Yes    ☒ No
   (a) If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. *(list both gross and net salary)*

   (b) If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

   Incarceration

2. Have you received within the past twelve months any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | (a) | Business, profession or other form of employment? | ☐ Yes | ☒ No |
   | (b) | Rent payments, interest or dividends? | ☐ Yes | ☒ No |
   | (c) | Pension, annuities or life insurance payments? | ☐ Yes | ☒ No |
   | (d) | Gifts or inheritances? | ☐ Yes | ☒ No |
   | (e) | Any other sources? | ☐ Yes | ☒ No |

*(continued on reverse side)*

2

3. Do you own any cash, or do you have money in checking or savings account?
   Yes ☐ ☒ No *(include any funds in prison accounts)*
   I the answer is "yes," state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property *(excluding ordinary household furnishings and clothing)*?
   Yes ☐ ☒ No
   If the answer is "yes" describe the property and state its approximate value.

5. List the persons who are dependant upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/6/07__   __Mark Clifton__   12/6/07
                /(date)           (signature of applicant)

DANIELLE M. SPERRY
NOTARY PUBLIC-STATE OF NEW YORK
No. 4966087
Qualified in Orange County
Commission Expires April 30, 20__

### CERTIFICATE
*(Prisoner Accounts Only)*

I *CERTIFY* that the applicant herein has the sum of $ _____
on account to his credit at the _____
institution where he is confined. I further certify that the applicant likewise has the following
securities to his credit according to the records of said institution: _____

_____

_____
*(Authorized Officer of Institution)*

### ORDER OF COURT

| The application is denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____ _____ <br> United States Judge    Date | _____ _____ <br> United States Judge    Date <br> or Magistrate |

USP Lompoc LRC 1994

UNITED STATES DISTRICT COURT

MARK CLifton
Pro se Petitoner

Case No. 7:96-CR-62-2 (MJH)

V.

United States Postal Inspection Service.

## MOTION TO PROCEED IN FORMA PAUPERIS

COMES NOW, MARK CLifton _____ petitioner, in the above-styled cause **and**, pursuant to the provisions of Title 28, United States Code, Section 1915, respectfully moves for leave to proceed in forma pauperis without prepayment of fees, costs or security given therefor.

Dated: 12/5/07

_Mark Clifton_
Signature

## AFFIDAVIT IN SUPPORT OF MOTION
## TO PROCEED IN FORMA PAUPERIS

I, MARK CLifton _____, being first duly sworn, depose and say that I am the petitioner in the above-entitled case; that in support of my motion to proceed in forma pauperis without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress; and that thet nature of this action is as follows:

_____

_____

I further swear that the responses which I have made to questions and instructions hereinbelow relating to may ability to pay the cost of this action are true.

1. Are you presently employed?   Answer: No

   a. If answer is "yes", state the amount of your salary or wages per month and give the name and address of your employer.
   b. If answer is "no", state the date of last employment, and the amount of the salary and wages per month which you received.

_____

_____

2. Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments interest, dividends, or other source?   Answer: No

   a. If answer is "yes", describe each source of income, and state the amount received from each during the past twelve months.

3. Do you own any cash or checking or savings account?   Answer: __No__

   a. If answer is "yes", state the total value of the items owned.

   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishing and clothing)?   Answer: __No__

   a. If answer is "yes", describe property and state approximate value.

   _____
   _____

5. List the persons who are dependent upon you for support and state your relationship to those persons.

   _____
   _____
   _____

   I fully understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury.

   _____
   Signature

SUBSCRIBED AND SWORN TO before me this

_____ day of _____.

_____
_____

UNITED STATES DISTRICT COURT

Case No. _____

———————————————————

### ORDER ON MOTION TO PROCEED IN FORMA PAUPERIS

UPON CONSIDERATION of the Motion and Affidavit to Proceed in Forma Pauperis, it is

ORDERED that the Motion to Proceed in Forma Pauperis without prepayment of costs or fees or the necessity of giving security therefor in the above-entitled cause be and the same is hereby

———————————————————
U.S. District Judge

cc: