```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

MARK CLIFTON                    )
REGISTER NO. 16744056           )
F.C.I. OTISVILLE                )
POST OFFICE BOX 1000            )
OTISVILLE, NY  10963,           )
                                )
     Plaintiff,                 )
                                )
     v.                         )  Civil Action No. 08-00052 (JDB)
                                )
UNITED STATES POSTAL            )
  INSPECTION SERVICE            )
1735 N. LYNN STREET             )
  ROOM 4039                     )
ARLINGTON, VA  22209,           )
                                )
     Defendant.                 )
_____)

<u>PRAECIPE</u>

The Clerk of Court will please enter the appearance of Thomas E. Hitter as principal counsel for defendant in the above-captioned civil action.

Dated: January 23, 2008

_____/s/_____
Thomas E. Hitter
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
1425 New York Ave., NW, Suite 11050
Washington, DC  20530-0001
(202) 307-6003