CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Answer was served upon plaintiff pro se by deposit of a copy thereof in the U.S. mail, postage prepaid, first class mail, addressed to:

>Mr. Mark Clifton
>Register No. 16744-056
>F.C.I. Otisville
>Post Office Box 1000
>Otisville, NY  10963

on this 15th day of February 2008.

```
                              _____/s/_____
                              THOMAS E. HITTER
```