UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mark Clifton,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>United States Postal Inspection Service,<br><br>　　　Defendant. | Civil Action No.  08-0052 (JDB) |

## ORDER

　　This matter is before the Court on defendant's answer to plaintiff's complaint brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  The requirements of Local Civil Rule 16.3 and Federal Rules of Civil Procedure 16(b) and 26(f) are inapplicable to FOIA actions.   LCvR 16.3 (b)(9).  Although defendant has raised grounds for dismissal, it has not filed a dispositive motion or stated its intention to do so.  Accordingly, it is

　　**ORDERED** that defendant shall file a dispositive motion or a proposed briefing schedule by March 17, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/
　　　　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: February 27, 2008