```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

MARK CLIFTON,                     )
                                  )
     Plaintiff,                   )
                                  )
     v.                           )   Civil Action No. 08-0052 (JDB)
                                  )
UNITED STATES POSTAL              )
  INSPECTION SERVICE,             )
                                  )
     Defendant.                   )
                                  )
```

DEFENDANT'S PROPOSED BRIEFING SCHEDULE

Plaintiff commenced this action pro se on January 11, 2008, pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552 (2000 & Supp. IV 2004), seeking access to records pertaining to himself, that he asserts are maintained by U.S. Postal Inspection Service. Defendant filed its Answer on February 15, 2008. On February 27, 2008, the Court issued an Order directing defendant to file a dispositive motion or a proposed schedule to govern future proceedings by March 17, 2008.

It is highly likely that this case will be resolved by dispositive motion. Further, this case is exempt from the duty-to-confer requirement under Local Civil Rule 16.3(b)(9). Accordingly, defendant respectfully proposes, subject to the approval of the Court, and consistent with the Court's Order of February 27, 2008, the following briefing schedule:

Defendant would file its motion for summary judgment by April 23, 2008. Plaintiff would file his opposition by May 23,

-2-

2008.  Defendant would file its reply, if any, by June 11, 2008.[1]
A proposed scheduling order is submitted herewith.

                              Respectfully submitted,

                              _____
                              JEFFREY A. TAYLOR
                              (DC Bar #498610)
                              United States Attorney

                              _____
                              RUDOLPH CONTRERAS
                              (DC Bar #434122)
                              Assistant United States Attorney

                              _____/s/_____
Dated:  March 17, 2008        Thomas E. Hitter
                              Attorney-Advisor
                              Office of Information and Privacy
                              United States Department of Justice
                              1425 New York Ave., NW, Suite 11050
                              Washington, DC  20530-0001
                              (202) 307-6003

---

[1] Consistent with Local Civil Rule 7(m) and Local Civil Rule 16.3(a), defendant has not discussed this filing with plaintiff, who is incarcerated and appearing pro se.

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| MARK CLIFTON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Civil Action No. 08-0052 (JDB) |
| | ) |
| UNITED STATES POSTAL | ) |
|   INSPECTION SERVICE, | ) |
| | ) |
|     Defendant. | ) |

ORDER

Upon consideration of Defendant's Proposed Briefing Schedule, it is by the Court this _____ day of _____ 2008,

ORDERED that defendant shall file its motion for summary judgment on or before April 23, 2008; plaintiff shall file his opposition on or before May 23, 2008; defendant shall file its reply, if any, on or before June 11, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Mr. Mark Clifton                   Thomas E. Hitter
Register No. 16744056              Attorney-Advisor
F.C.I. Otisville                   Office of Information and Privacy
Post Office Box 1000               United States Department of Justice
Otisville, NY 10963                1425 New York Ave., NW, Suite 11050
                                   Washington, DC 20530-0001

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing Defendant's Proposed Briefing Schedule and accompanying proposed Order were served upon plaintiff pro se by deposit of a copy thereof in the U.S. mail, postage prepaid, first class mail, addressed to:

>Mr. Mark Clifton
>Register No. 16744-056
>F.C.I. Otisville
>Post Office Box 1000
>Otisville, NY  10963

on this 17th day of March 2008.

                                    /s/
                              THOMAS E. HITTER