UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK CLIFTON,                      )
                                   )
    Plaintiff,                     )
                                   )
    v.                             )  Civil Action No. 08-0052 (JDB)
                                   )
UNITED STATES POSTAL               )
    INSPECTION SERVICE,            )
                                   )
    Defendant.                     )
_____)

**FILED**

MAR 1 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of Defendant's Proposed Briefing Schedule, it is by the Court this __18th__ day of __March__ 2008,

ORDERED that defendant shall file its motion for summary judgment on or before April 23, 2008; plaintiff shall file his opposition on or before May 23, 2008; defendant shall file its reply, if any, on or before June 11, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Mr. Mark Clifton                   Thomas E. Hitter
Register No. 16744056              Attorney-Advisor
F.C.I. Otisville                   Office of Information and Privacy
Post Office Box 1000               United States Department of Justice
Otisville, NY 10963                1425 New York Ave., NW, Suite 11050
                                   Washington, DC 20530-0001