UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

----------------------------------

Mark Clifton,
    Plaintiff,

v.

UNITED STATES POSTAL INSPECTION,
    Defendant.

----------------------------------

Civil Action
No.08-00052(JDB)

RECEIVED
JUN 1 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to **Fed.R.Civ.P.6(b)(1)**; Plaintiff, respectfully moves the Court for a **Thirty (30) day extension** to answer or otherwise respond to defendants **Response Motion and Declaration**, until **July 16, 2008**.

Plaintiff reply response is due **June 16, 2008**. This is a case brought under the **Freedom of Information Act**. The defendants, **United States Postal Inspection** and the **United States Department of Justice** are involved jointly in this litigation before the Court.

In addition, the Plaintiff, would like to put the Court on **Notice** that within the last **12 Months** he has been transferred

(1)

from one Federal Institution (Fort Dix) to F.C.I. Otisville.

Unfortunately the Plaintiff was not allowed to travel with all his legal documents of trial transcripts, because it exceeded the limit of the three (3) traveling box's allowed by the B.O.P..

Plaintiff had to mail most of his important trial transcripts home. Since Plaintiff mother is an elderly women with a chronic illness that confines her most of the time to her room, Plaintiff, must rely upon his sister to travel over to their mothers apartment in order to retrieve the exact legal transcripts.

The enlargement of time now requested will allow the Plaintiff to mount an effective defense, so that the Court can see his worthiness of a favorable **Summery Judgement**.

Dated: 6-11-08 ___, 2008

                                        Thank you

                                        *Mark Clifton*
                                        Mark Clifton

## CERTIFICATE OF SERVICE

I, Mark Clifton, certify that on June 11, 2008, I served a copy of the foregoing Plaintiff's <u>Motion for Enlargement of Time</u>. To the following party:

Thomas E. Hitter
Attorney - Advisor
Office of Information and Privacy
United States Department of Justice
1425 New York Ave., NW, Suit 11050
Washington, DC 20530-0001

Office of the Clerk
U.S. District Court
District of Columbia
U.S. Courthouse
333 Constitution Ave. NW
Washington, DC 20001

*Mark Clifton*
Mark Clifton