```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

MARK CLIFTON,                 )
                              )
     Plaintiff,               )
                              )
     v.                       )  Civil Action No. 08-0052 (JDB)
                              )
UNITED STATES POSTAL          )
  INSPECTION SERVICE,         )
                              )
     Defendant.               )
                              )
```

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant, by its undersigned attorneys, respectfully moves the Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time of eleven business days, to and including July 22, 2008, within which to reply to plaintiff's "Reply Motion for Summary Judgment" filed in response to defendant's motion for summary judgment.[1]

Plaintiff commenced this action pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552 (2006), amended by OPEN Government Act of 2007, Pub. L. No. 110-175, 121 Stat. 2524, and the Privacy Act of 1974, 5 U.S.C. § 552a (2006), seeking access to records pertaining to himself maintained by the United States Postal Inspection Service (USPIS), a component of the United States Postal Service.  On April 23, 2008, defendant moved for summary judgment.  By Order dated April 24, 2008, the Court

---

[1] In accordance with Local Civil Rules 7(m) and 16.3(a)-(b), counsel for defendant has not contacted plaintiff, a pro se prisoner who is incarcerated, regarding this motion.

-2-

ordered plaintiff to respond to defendant's motion by June 16, 2008, "or the Court may treat the motion as conceded and dismiss the case."  On June 16, 2008, plaintiff moved for an enlargement of time in order to file an opposition to the defendant's motion.  The Court granted plaintiff an extension of time until July 16, 2008.  On June 30, 2008, plaintiff filed his "Reply Motion for Summary Judgment," dated June 26, 2008.

Defendant received the Court's Notice of Electronic Filing of plaintiff's motion on the afternoon of July 2, 2008, which is only two business days prior to the deadline for defendant's response to this motion.  <u>See</u> L.Cv.R. 7(d).  Furthermore, after reviewing plaintiff's motion, defendant's counsel has identified a need to confer with his client to fully and properly respond to the allegations made by plaintiff.  These difficulties have been compounded by the fact that defendant's counsel has other, previously scheduled litigation matters during the next two weeks.

Accordingly, defendant must respectfully request additional time to file its reply.  Defendant respectfully submits that the requested enlargement of eleven business days, to and including July 22, 2008, will not materially delay this action and should

-3-

facilitate its most efficient and orderly resolution.

## Conclusion

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time. A proposed Order is submitted herewith.

                                            Respectfully submitted,

_____
JEFFREY A. TAYLOR
(DC Bar #498610)
United States Attorney

_____
RUDOLPH CONTRERAS
(DC Bar #434122)
Assistant United States Attorney

                                               /s/

Dated: July 3, 2008    Thomas E. Hitter
Attorney-Advisor
Office of Information and Privacy
United States Department of Justice
1425 New York Ave., NW, Suite 11050
Washington, DC 20530-0001
(202) 307-6003

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| MARK CLIFTON,              ) | |
|                            ) | |
|     Plaintiff,             ) | |
|                            ) | |
|     v.                     ) | Civil Action No. 08-0052 (JDB) |
|                            ) | |
| UNITED STATES POSTAL       ) | |
|   INSPECTION SERVICE,      ) | |
|                            ) | |
|     Defendant.             ) | |
|                            ) | |

                              ORDER

Upon consideration of Defendant's Motion for Enlargement of Time, and of the entire record herein, and it appearing to the Court that granting the motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this _____ day of _____ 2008,

ORDERED that Defendant's Motion for Enlargement of Time be, and it hereby is, granted; and it is further

ORDERED that the time within which defendant shall file its reply be, and it hereby is, enlarged by eleven business days, to and including July 22, 2008.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

Copies to:

Mr. Mark Clifton              Thomas E. Hitter
Register No. 16744056         Attorney-Advisor
F.C.I. Otisville              Office of Information and Privacy
Post Office Box 1000          United States Department of Justice
Otisville, NY 10963           1425 New York Ave., NW, Suite 11050
                              Washington, DC 20530-0001

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Defendant's Motion for Enlargement of Time and accompanying proposed Order were served upon plaintiff pro se by deposit of a copy thereof in the U.S. mail, postage prepaid, first class mail, addressed to:

>Mr. Mark Clifton
>Register No. 16744-056
>F.C.I. Otisville
>Post Office Box 1000
>Otisville, NY  10963

on this 3rd day of July 2008.

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　THOMAS E. HITTER